SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**FERYAL MOHAMMAD AND WAJDAN MOHAMMAD**
Plaintiff/Petitioner

vs.

**DISCOVER BANK**

Defendant/Respondent

CASE NO: **1:18-CV-23100-UU**
FILING DATE: **07/31/2018**
DIVISION:

RETURN OF SERVICE

Received by **Miriam Marquez De La Plata**, on the **3rd day of August, 2018 at 10:37 AM** to be served upon **DISCOVER BANK c/o CT CORPORATION SYSTEM, REGISTERED AGENT** at **1200 SOUTH PINE ISLAND ROAD, PLANTATION, Broward County, FL 33324**.

On the **3rd day of August, 2018 at 11:40 AM**, I, **Miriam Marquez De La Plata**, **SERVED** the within named corporation at **1200 SOUTH PINE ISLAND ROAD, PLANTATION, Broward County, FL 33324** in the manner indicated below:

**CORPORATE OR GOVERNMENT SERVICE**, by leaving **1** copy(ies) of this process with **Donna Moch**, a person authorized to accept service and informed that person of the contents thereof.

**Documents Served:** **SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT; CIVIL COVER SHEET**, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **SENIOR CORPORATE OPERATIONS MANAGER , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, a white female approx. 45-55 years of age, 5'4"-5'6" tall, weighing 120-140 lbs with brown hair.**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _Miriam Marquez De La Plata_     890     8/3/18
                                          Server ID #     Date


REF: **203612**


Page 1 of 1
Tracking #: **0026388988**