UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FERYAL MOHAMMAD and WAJDAN
MOHAMMAD,

  Plaintiff/Petitioner,

v.                                                                                    **CASE NO.: 1:18-CV-23100-UU**

DISCOVER BANK,

  Defendant.

_____/

**<u>JOINT STIPULATION TO ARBITRATE CLAIMS, STAY LAWSUIT AND
ADMINISTRATIVELY CLOSE CASE</u>**

     Plaintiffs, Feryal and Wajdan Mohammad, and Defendant, Discover Products, Inc., improperly named as Discover Bank (collectively, "Parties"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to arbitrate this matter with the AAA, and further stipulate to the entry of the attached proposed order staying this lawsuit and administratively closing the case pending the conclusion of arbitration.

| | |
|---|---|
| */s/ Christopher W. Boss* | */s/ Jacqueline Simms-Petredis* |
| Christopher W. Boss, Esq. (FBN 13183) | Jacqueline Simms-Petredis, Esq. (FBN 906751) |
| BOSS LAW | BURR & FORMAN LLP |
| 9887 Fourth Street North, Suite 202 | BURR & FORMAN LLP |
| St. Petersburg, FL 33702 | 201 North Franklin Street, Suite 3200 |
| cpservice@bosslegal.com | Tampa, Florida 33602 |
| Telephone: (727) 471-0039 | jsimms-petredis@burr.com |
| Fax: (888) 449-8792 | Tel: (813) 221-2626 |
| ***Attorneys for Plaintiffs*** | Fax: (813) 357-3534 |
| | ***Attorneys for Discover*** |

## CERTIFICATE OF SERVICE

  I hereby certify that on this 5th day of September, 2018**,** I electronically filed the foregoing via CM/ECF, which will send a notice of electronic filing to the following:

Christopher William Edwin Boss
Boss Law
9887 4th Street N, Suite 202
St. Petersburg, FL 33702
cpservice@bosslegal.com
*Attorney for Plaintiff*

                */s/ Jacqueline Simms-Petredis*
                Jacqueline Simms-Petredis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FERYAL MOHAMMAD and WAJDAN MOHAMMAD,

  Plaintiff/Petitioner,

v.                                                                                   **CASE NO.: 1:18-CV-23100-UU**

DISCOVER BANK,

  Defendant.
_____/

**ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS, STAY LAWSUIT AND ADMINISTRATIVELY CLOSE CASE**

THIS CAUSE came before the Court on the parties' Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case.  The Court has reviewed the Joint Stipulation and case file and is otherwise fully advised in the premises, and hereby ORDERS:

1.  The Court GRANTS the Motion, compels this matter to arbitration and stays the matter pending the conclusion of arbitration.  The Clerk is directed to administratively close this matter.

2.  The Parties have agreed to arbitrate this matter with the AAA.

DONE AND ORDERED in Miami, Florida on _____, 2018.

_____
Hon. Ursula Ungaro
United States District Judge