UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-23100-UU

MOHAMMAD, *et al.*,

    Plaintiffs,

v.

DISCOVER BANK, *et al.*,

    Defendants.
                                          /

### ORDER

THIS CAUSE comes before the Court upon the Joint Stipulation to Arbitrate Claims and Stay Case (D.E. 13). It is hereby

ORDERED AND ADJUDGED that the case is stayed pending conclusion of arbitration, at which time the parties SHALL either move to reopen the case or file a stipulation of dismissal. It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED; all motions DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _5th_ day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf