**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FERYAL MOHAMMAD and WAJDAN
MOHAMMAD,

    Plaintiff/Petitioner,

v.                                                                     **CASE NO.: 1:18-CV-23100-UU**

DISCOVER BANK,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    COME NOW, Plaintiffs, FERYAL MOHAMMAD and WAJDAN MOHAMMAD ("Plaintiffs"), by and through undersigned counsel, and hereby file this Notice of Settlement, and state that Plaintiffs and Defendant, DISCOVER BANK, have come to an amicable settlement agreement.

Date: **November 15, 2018**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 15th day of November, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                       /s/ Christopher W. Boss
                                       Christopher W. Boss, Esq.
                                       FL Bar No.: 13183
                                       Boss Law
                                       Service Email: CPservice@bosslegal.com
                                       9887 4th Street N., Suite 202
                                       St. Petersburg, FL 33702
                                       Phone: (727) 471-0039
                                       Fax: (888) 449-8792
                                       Counsel for Plaintiffs

1