**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FERYAL MOHAMMAD AND WAJDAN
MOHAMMAD,

    Plaintiff,

v.                                        **CASE NO.: 1:18-CV-23100-UU**

DISCOVER BANK,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, FERYAL MOHAMMAD and WAJDAN MOHAMMAD, hereby dismiss the above-entitled action and all claims asserted in the action against Defendant, DISCOVER BANK, with prejudice. The parties agree to bear their own fees and costs.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Christopher W. Boss* | */s/ Jacqueline Simms-Petredis* |
| Christopher W. Boss, Esq. | Jacqueline Simms-Petredis, Esq. (FBN 906751) |
| Florida Bar No.: 13183 | BURR & FORMAN LLP |
| BOSS LAW | 201 North Franklin Street, Suite 3200 |
| Email: cpservice@bosslegal.com | Tampa, Florida 33602 |
| 9887 Fourth Street North, Suite 202 | jsimms-petredis@burr.com |
| St. Petersburg, Florida 33702 | Tel: (813) 221-2626 |
| Telephone: (727) 471-0039 | Fax: (813) 357-3534 |
| Facsimile: (888) 449-8792 | *Attorneys for Discover* |
| *Attorney for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 12th day of December, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

Jacqueline Simms-Petredis, Esq.
BURR & FORMAN LLP
201 North Franklin Street, Suite 3200
Tampa, Florida 33602
jsimms-petredis@burr.com
*Attorneys for Discover*

                                            /s/ Christopher W. Boss
                                            Christopher W. Boss (FBN 13183)